# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN MICHAEL LACOUR, AS
CURATOR FOR HANNAH LEMOINE
MILLER, ET AL.

VERSUS

HORACE L. MITCHELL, M.D. AND
ALLEN JOSEPH, M.D.

NO.   2025 CW 0779

**DECEMBER 1, 2025**

---

In Re:   Kevin Michael LaCour, as the tutor and natural father of
the minor child, Kollin Michael LaCour, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 665004.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

   **WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT